UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNULA BOO-SHAWN ABEBE | CIVIL DOCKET NO. 1:23-CV-00595 SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN GARRETT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 13), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 23rd day of August 2023.

DEE. D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT